UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CARRIE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-CV-262 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. | |

## JUDGMENT ORDER

On November 4, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for judgment on the administrative record (Court File No. 12) is **DENIED**;

(2) The Defendant's motion for Summary Judgment (Court File No. 14) is **GRANTED**;

(3) The case is **DISMISSED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT